UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

                                  ORDER
v.                             07-CR-212A

LAKEITH FOWLER,

                Defendant.

---

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On April 14, 2010, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant Lakeith Fowler's motion to suppress evidence seized from "The World is Yours", a store located in Dallas Texas, on May 2, and 4, 2007 be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant Lakeith Fowler's motion to suppress evidence seized from "The World is Yours", a store located in Dallas Texas, on May 2, and 4, 2007 is denied.

        The case is referred back to Magistrate Judge McCarthy for further proceedings.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: November 3, 2010